# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON TUTUNIK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCEDES BENZ USA, LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-01238-SB-AJR<br><br>ORDER OF DISMISSAL |

　　　Pursuant to the parties' joint stipulation of dismissal at Dkt. No. 9, this action, including all claims, causes of action, and parties, is dismissed without prejudice.

Date: March 12, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge